ALEXANDER G. CALFO (SBN 152891)
*alexander.calfo@btlaw.com*
KELLEY S. OLAH (SBN 245180)
*kelley.olah@btlaw.com*
GABRIELLE J. ANDERSON-THOMPSON (SBN 247039)
*gabrielle.anderson-thompson@btlaw.com*
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:     (310) 284-3880
Facsimile:      (310) 284-3894

Attorneys for Defendants
JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON
(erroneously sued as "Johnson & Johnson, Inc."); DEPUY
ORTHOPAEDICS, INC.; PINNACLE WEST ORTHOPAEDICS,
INC.; and GOLDEN STATE ORTHOPAEDICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA PARTRIDGE,<br><br>                    Plaintiff,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC.,<br>JOHNSON & JOHNSON SERVICES, INC.,<br>JOHNSON & JOHNSON, INC., THOMAS<br>SCHMALZRIED, M.D.; PINNACLE WEST<br>ORTHOPAEDICS, INC.; GOLDEN STATE<br>ORTHOPAEIDCS, INC.; and DOES ONE<br>through ONE HUNDRED<br><br>                    Defendants. | Case No.  CV14-03625-EMC<br><br>~~[PROPOSED]~~ **ORDER RE STIPULATION<br>TO STAY ALL PROCEEDINGS** AS MODIFIED<br><br>JURY TRIAL DEMAND |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff

REBECCA PARTRIDGE, and Defendants JOHNSON & JOHNSON SERVICES, INC.,

JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."), DEPUY

ORTHOPAEDICS, INC., PINNACLE WEST ORTHOPAEDICS, INC., GOLDEN STATE

ORTHOPAEDICS, INC., and   THOMAS P. SCHMALZRIED, M.D. (hereafter collectively "the

Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good

cause shown, it is hereby ORDERED that:

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

1

CV14-03625-EMC

1.      The Parties' request for a stay of proceedings is GRANTED;

2.      All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.

3.      Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

4. A case management conference is scheduled for December 18, 2014, at 9:30 a.m. A case management statement is due December 11, 2014.      PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  August 15     , 2014



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS